No. 66757.—General Systems Service, Inc. *v.* United States, protest 61/7579 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of self-adhesive tapes similar in all material respects to those the subject of *General Systems Service, Inc.* v. *United States* (46 Cust. Ct. 222, C.D. 2259), the claim of the plaintiff was sustained.

No. 66758.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 60/22084, etc. (Buffalo).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of "Diversol" similar in all material respects to that the subject of Abstract 65455, the claim of the plaintiff was sustained.

No. 66759.—Teigh, Inc. *v.* United States, protests 61/1928, 61/3553, and 61/7487 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all materials respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.